Christy M. MECUM, Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2009–7127.

United States Court of Appeals,
Federal Circuit.

March 4, 2010.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Maybell SMITH, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2009–3248.

United States Court of Appeals,
Federal Circuit.

March 4, 2010.

Sheila F. Campbell, Sheila Campbell, P.A., North Little Rock, AR, for Petitioner.

Christopher A. Bowen, Department of Justice, Washington, DC, Paul St. Hillaire, Office of Personnel Management, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.